1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADEREMI EMMANUEL ATANDA,

                    Petitioner,

     v.

A. NEIL CLARK,

                  Respondent.

CASE NO.  C07-157-RSM-JPD

ORDER TO SHOW CAUSE

On February 13, 2007, the Court entered an Order for Service and Return to Habeas Petition, directing respondent to file a Return and Status Report ("RSR") to petitioner's Petition for Writ of Habeas Corpus within thirty (30) days after service of the Order.  (Dkt. #9).  To date, respondent has not filed a RSR.

(1) Accordingly, respondent shall show cause no later than April 13, 2007, why the habeas petition should not be granted by filing a RSR as provided in 28 U.S.C. § 2243.

(2)  The Clerk shall forward a copy of this Order to petitioner and to the Honorable Ricardo S. Martinez.

DATED this 29th day of March, 2007.

_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE – 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER TO SHOW CAUSE
PAGE – 2