UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADEREMI EMMANUEL ATANDA,

        Petitioner,

   v.

A. NEIL CLARK,

        Respondent.

CASE NO. C07-157-RSM-JPD

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remainder of the record, finds and ORDERS as follows:

(1) The Court adopts the Report and Recommendation.

(2) Respondent's Motion to Dismiss (Dkt. #13) is GRANTED, Petitioner's Motion for Summary Judgment (Dkt. #18) is DENIED, and this action is DISMISSED with prejudice.

(3) The Clerk shall send a copy of this Order of Dismissal to all counsel of record, and to Judge Donohue.

DATED this 5 day of November 2007.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE – 1